# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Miguel Campa Jimenez,<br>a.k.a.: Jose Miguel Jimenez Campa,<br>a.k.a.: Jose Miguel Campa,<br>(A078 042 183)<br>*Defendant* | Case No. 17-396MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 24, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Miguel Campa Jimenez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about July 9, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Jillian M. Besancon

☒ Continued on the attached sheet.

*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 26, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 24, 2017, Jose Miguel Campa Jimenez was booked into the Maricopa County Jail (MCJ) facility by the Phoenix Police Department on local charges. While in custody at the MCJ, Campa Jimenez was encountered by ICE Officer W. Rojo who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On September 24, 2017, Campa Jimenez was released from the MCJ and then transported to the Phoenix ICE office for further investigation and processing. Campa Jimenez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Miguel Campa Jimenez to be a citizen of Mexico and a previously deported criminal alien. Campa Jimenez was removed from the United States to Mexico at or near Nogales, Arizona, on or about July 9, 2013,

1

pursuant to an order of removal issued by an immigration judge. There is no record of Campa Jimenez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Campa Jimenez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Miguel Campa Jimenez was convicted of Theft, a felony offense, on May 24, 2006, in the Superior Court of Arizona, Maricopa County. Campa Jimenez was sentenced to three (3) years' probation. Campa Jimenez's criminal history was matched to him by electronic fingerprint comparison.

5. On September 24, 2017, Jose Miguel Campa Jimenez was advised of his constitutional rights. Campa Jimenez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 24, 2017, Jose Miguel Campa Jimenez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about July 9, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to

reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 26th day of September, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge